UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHERYL SPEAR,<br>    Plaintiffs,<br><br>        v.<br><br>L.V. AND ASSOCIATES,<br>    Defendants, | NO. 12-11736-PBS |

NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff in the above titled action has reached an agreement in principle to settle this matter. Accordingly, the Plaintiff voluntarily dismisses this proceeding with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                                Respectfully Submitted,
                                                                By Counsel,
                                                                /s/ Thomas Beauvais
                                                                Thomas Beauvais, Esq.
                                                                BBO# 679996
                                                                PO Box 761235
                                                                Melrose, MA 02176
                                                                (781) 462-1669
                                                                thomas@beauvaislegal.com

Dated: 01/17/2013

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non registered participants on 1/17/2013 .

**Parties not served electronically**

Thomas Stepp, Attorney for the Defendant
15707 Rockfield Boulevard, Suite 101
Irvine, California 92618